# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-2301-BAS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| vs. | |
| WASSIM NOOH WALIED (1) aka Wassim Khaya, | |
| Defendant. | |

Pending before the Court is the United States of America's motion to dismiss the Information with prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITH PREJUDICE** the Informatoin against Wassim Nooh Walied aka Wassim Khaya.

**IT IS SO ORDERED.**

Dated: June 7, 2019

Hon. Cynthia Bashant
United States District Judge